# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO, | CASE NO. 1:10-cv-01303-SKO |
| Plaintiff, | **ORDER ON PARTIES' STIPULATED REQUEST TO EXTEND DATES SET BY SCHEDULING ORDER** |
| v. | |
| THE MUNIS COMPANY II, et al., | |
| Defendants. | (Docket No. 21) |

On March 31, 2011, the parties filed a stipulated request to extend dates set by scheduling order. (Doc. 21.) The parties stated that they have conducted limited discovery and are exploring settlement. (Doc. 21, ¶3.)

The parties have stated good cause, and the Court will grant a continuance. While the Court can accommodate some of the dates proposed by the parties, some of the proposed dates do not allow sufficient time between events. Therefore, the Court has not adopted all of the dates proposed by the parties, and the schedule deadlines will be revised as follows:

| **Event** | **Previous Deadline** | **Revised Deadline** |
|---|---|---|
| Non-Expert Discovery Deadline | June 1, 2011 | July 1, 2011 |
| Expert Disclosure Deadline | April 1, 2011 | July 22, 2011 |
| Supp. Expert Disclosure Deadline | May 2, 2011 | August 19, 2011 |

| | | | |
|---|---|---|---|
| 1 | Expert Discovery Deadline | N/A | October 21, 2011 |
| 2 | Non-Disp. Motion Filing Date | June 15, 2011 | November 16, 2011 |
| 3 | Hearing for Non-Disp. Motions | July 27, 2011 | December 14, 2011 |
| 4 | Disp. Motion Filing Date | July 1, 2011 | December 21, 2011 |
| 5 | Hearing for Disp. Motions | August 3, 2011 | February 1, 2012 |
| 6 | Pre-Trial Conference | September 21, 2011 | March 14, 2012 |
| 7 | Settlement Conference | June 15, 2011 | June 15, 2011 |
| 8 | Trial Date | October 25, 2011 | April 24, 2012 |

10   Accordingly, IT IS HEREBY ORDERED that the parties' request for an extension of their
11 scheduling deadlines is PARTIALLY GRANTED as set forth above.

13 IT IS SO ORDERED.

14 **Dated:   April 1, 2011**               /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE