1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Daniel Delgado
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                     **EASTERN DISTRICT OF CALIFORNIA**
10

11 | DANIEL DELGADO,                          ) No.  1:10-cv-01303-SKO
12 |         Plaintiff,                       ) **STIPULATION FOR DISMISSAL OF**
13 |     vs.                                  ) **ACTION; ORDER**
14 | THE MUNIRS COMPANY II, dba IHOP          )
   | #654 aka INTERNATIONAL HOUSE OF          )
15 | PANCAKES, BRE/LQ PROPERTIES, L.L.C.,     )
16 |         Defendants.                      )
17 |                                          )

18      IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado, Defendant
19 The Munirs Company II and Defendant BRE/LQ Properties, L.L.C., the parties to this action,
20 by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure
21 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

22 Dated: June 7, 2011                         MOORE LAW FIRM, P.C.
23

24
                                              /s/Tanya E. Moore
25                                            Tanya E. Moore
                                              Attorneys for Plaintiff Daniel Delgado
26

27 ///

28 ///


*Delgado v. The Munirs Company II, et al.*
Stipulation for Dismissal; Order
                                          Page 1

Dated: June 7, 2011                              FLEMING, P.C.

                                                 /s/ George E. Fleming
                                                 George E. Fleming, Attorneys for Defendant
                                                 BRE/LQ Properties, L.L.C.

Dated:  June 7, 2011                             **Weintraub** genshlea chediak
                                                 law corporation


                                                 /s/ Alden J. Parker
                                                 Alden J. Parker, Attorneys for Defendant
                                                 The Munirs Company II, dba IHOP #654

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

   Dated:   **June 7, 2011**                     **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

*Delgado v. The Munirs Company II, et al.*
Stipulation for Dismissal; Order

                                        Page 2